IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEITH JOHNSON, ET AL                                                                       PLAINTIFF

VS.                                              2:05CV00051-WRW

UNITED STATES OF AMERICA                                                          DEFENDANT

## ORDER

On motion of defendant (Doc. No. 9) and by the agreement of the parties, Plaintiffs Keith Johnson and Amber Harbison are ORDERED to go to the OrthoArkansas, 10301 Kanis Road, Little Rock, AR 72205, to be examined by Dr. Earl Peeples to determine the nature and extent of their injuries as alleged in the complaint, which exam may or may not include x-rays, and to do so on a date and at a time scheduled by Dr. Peeples which will be communicated to Plaintiffs' attorney.

IT IS SO ORDERED this 8th day of August, 2006.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE