IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEITH JOHNSON and AMBER HARBISON                                    PLAINTIFFS

vs.                                  2:05CV00051-WRW

UNITED STATES OF AMERICA                                             DEFENDANT

## JUDGMENT

This action came on for a trial before the Court on September 27, 2006, the Honorable William R. Wilson, Jr., United States District Judge, presiding.

The issues having been duly tried, the Court ruled from the bench on September 27, 2006. Now, therefore, pursuant to the Court's ruling,

IT IS ORDERED AND ADJUDGED that the plaintiffs, Keith Johnson and Amber Harbison, take nothing on their complaint and that Judgment be entered in favor of the defendant and the complaint is hereby dismissed.

IT IS SO ORDERED this 27th day of September, 2006.

                                                                /s/ Wm. R.Wilson,Jr.
                                                UNITED STATES DISTRICT JUDGE