# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KEITH JOHNSON**                                                                                       **PLAINTIFF**

**VS.**                                            **2:05CV00051-WRW**

**UNITED STATES OF AMERICA**                                                      **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Reconsideration[1] of the Judgment entered on September 27, 2006.[2] Defendant responded.[3] I carefully reviewed the Motion and Response and find that the Motion should be DENIED.

IT IS SO ORDERED this 23rd day of October, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 18.

[2] Doc. No. 16.

[3] Doc. No. 19.

1